**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| S.A., A.M. #1, and A.M. #2 | ) | |
| Plaintiffs, | ) | **C.A. No. 24-343 Erie** |
| | ) | |
| v. | ) | **District Judge Susan Paradise Baxter** |
| | ) | **Chief Magistrate Judge Richard Lanzillo** |
| PENNSYLVANIA DEPARTMENT | ) | |
| OF CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

**MEMORANDUM ORDER**

Plaintiff S.A., a female inmate incarcerated at the State Correctional Institution at Cambridge Springs, Pennsylvania ("SCI-Cambridge Springs"), originally commenced this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 in the United States District Court for the Middle District of Pennsylvania. The action was transferred to this Court on December 18, 2024 [ECF No. 6], and was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The complaint was subsequently amended on February 4, 2025, and again on March 10, 2025 to add Plaintiffs A.M. #1 and A.M. #2, who are also female inmates incarcerated at SCI-Cambridge Springs. [ECF Nos. 13, 19]. The second amended complaint ("SAC") is the operative pleading in this case and asserts claims against the Pennsylvania Department of Corrections ("DOC"), nine named Defendants employed by the DOC, and six unnamed Defendants (Unit Sergeants #1-3 and PREA coordinators #1-3). The named individual Defendants are former DOC Secretary George Little ("Little"), DOC Western Region Deputy Michael Zaken ("Zaken"), former SCI-Cambridge Springs Superintendent Lisa Graves ("Graves"), Dr,

McClellan, a psychiatrist at SCI-Cambridge Springs ("McClellan"),; and five SCI-Cambridge Springs corrections officers: Officer Alfonsia Newsome ("Newsome"), Captain Dugan ("Dugan"), Officer McCurdy ("McCurdy"), Officer Hoback ("Hoback"), and Officer Sigler ("Sigler").

Plaintiff asserts six causes of action arising from the alleged sexual harassment and abuse committed by Defendant Newsome against each of the three Plaintiffs: Count I – cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments; Count II – excessive and unreasonable force under the Fourth, Eighth and Fourteenth Amendments; Count III – failure to intervene in violation of the Eighth and Fourteenth Amendments; Count IV – state created danger in violation of the Fourth, Eighth and Fourteenth Amendments; Count V – deprivation of rights by virtue of special relationship in violation of the Fourth, Eighth and/or Fourteenth Amendments; and Count VI (misidentified as "Count XIV") – municipal liability against Defendant DOC only.

Defendant Newsome was served with the SAC and Summons at his place of residence on March 20, 2025. [ECF No. 35]. To date, however, Defendant Newsome has not appeared pro se or through counsel, and has not responded in any way to the SAC. As a result, on February 9, 2026, Plaintiffs filed a request for the Clerk's entry of default against Newsome. [ECF No. 56]. The Clerk's entry of default was docketed against Newsome that same day. [ECF No. 57].

On February 10, 2026, Plaintiffs filed a motion for entry of default judgment on liability against Newsome, and to reserve determination of damages against him at trial. [ECF No. 59].

On February 17, 2026, Chief Magistrate Judge Lanzillo issued a report and recommendation ("R&R") recommending that Plaintiffs' motion for default judgment be

granted, and that default judgment be entered as to liability, with the issue of damages to be reserved until and determined at trial. [ECF No. 63] Objections to the R&R were due to be filed by March 3, 2026; however, no objections have been received by the Court.

Thus, after *de novo* review of all relevant documents and pleadings in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 12th day of March, 2026,

IT IS HEREBY ORDERED that Plaintiff's motion for default judgment against Defendant Newsome [ECF No. 59] is GRANTED, and default judgment is hereby entered in favor of Plaintiffs and against Defendant Alfonzia Newsome as to liability, with the issue of damages to be reserved until and determined at trial. The report and recommendation of Chief Magistrate Judge Lanzillo, issued February 17, 2026 [ECF No. 63], is adopted as the opinion of the court.

SUSAN PARADISE BAXTER
United States District Judge

cc:    The Honorable Richard A. Lanzillo
       Chief U.S. Magistrate Judge

       All parties of record